Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-293

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Gentian Hope

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** July 24, 2014
**Nation of 1st Publication:** United States

## Author

**•     Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AK-SQ-137B1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number:**

# VA 2-333-240

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

## Title

**Title of Work:** Teal Rose

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 08, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AK5-SQ-359A3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-297

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Iceland poppy |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | November 16, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800) 836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-233

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** New Blue Tulips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 21, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD LINES  AK-SQ-020F2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-776

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Tulips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD LINES    AK-RC-149D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-241

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Three Purple Tulips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AK5-RC-009B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-777

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Blissful Garden 3

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 16, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author

● **Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD Lines  AK8-SQ-074B2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-247

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

## Title

**Title of Work:** Tulip 1

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD-LINES  AK5-8Q-137A1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-335-306

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Glorious Indigo Lily

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 14, 2021
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-443

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Five Tulips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES    AK5-RC-009D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-224

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Crocus

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** May 25, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-335-302**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Eucalyptus

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 11, 2011
**Nation of 1st Publication:** United States

## Author

• **Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES    AK-SQ-076

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-775

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title
| | |
|---|---|
| **Title of Work:** | Tulip Blue |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 03, 2019 |
| **Nation of 1st Publication:** | United States |

## Author
| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions
| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-335-301

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

## Title

**Title of Work:** Dull Eucalyptus

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 30, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD LINES    AK7-SQ-021A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-237

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

## Title _____

**Title of Work:** Red Rose

## Completion/Publication _____

**Year of Completion:** 2012
**Date of 1st Publication:** November 08, 2013
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Albert Koetsier
 **Author Created:** 2-D artwork
 **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions _____

**Organization Name:** AD-Lines Euro Group Inc.
 **Email:** licensingsales@ad-lines.com
 **Telephone:** (800)836-0994
 **Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification _____

**Name:** David Denholm

Page 1 of 2



AD LINES   AKX-SQ-360C1

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-335-303

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

## Title

**Title of Work:** Flamingo

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** March 05, 2011
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-305

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Foxglove

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 05, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
 **Author Created:** 2-D artwork
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-265

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Gentian Believe

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 20, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES PROOF (2010)  AK-SQ-013B1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-234**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Oleander

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** June 30, 2011
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES PROOF   AKX-SQ-317C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-238

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Rose Pink

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 14, 2015
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-294

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Indigo Luster Cyclamen 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 06, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD Lines  AK8-SQ-180B

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-772

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Tulip 3 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | March 05, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-264

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Gentian Azure

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 29, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES AK5-SQ-013BS

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-226**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

**Title**

Title of Work: Iris

**Completion/Publication**

Year of Completion: 2009
Date of 1st Publication: November 25, 2011
Nation of 1st Publication: United States

**Author**

• Author: Albert Koetsier
Author Created: 2-D artwork
Citizen of: United States

**Copyright Claimant**

Copyright Claimant: Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

**Rights and Permissions**

Organization Name: AD-Lines Euro Group Inc.
Email: licensingsales@ad-lines.com
Telephone: (800)836-0994
Address: 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

**Certification**

Name: David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-440**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Tulip 2

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 30, 2015
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD LINES PROOF  AKX-SQ-801C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-781

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Azalea

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** March 15, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-220**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Tulips Blue

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 25, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD LINES   AK7-PL-021B2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-227**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Emerald Magnolia 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 20, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD Lines  AK8-RC-039B1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-229

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Lantern Forest

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 06, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-236**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Natural Lantern Cascade 1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 18, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-231

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Marvelous Cyclamen 1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 23, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD Lines  AK8-SQ-198A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-296

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Illuminated Tulip |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 23, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



AD Lines   AK8-SQ-201A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-333-778

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Calla Lily 1

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 02, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-779

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Calla Lily 2

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** November 15, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-333-235

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Orchid

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** February 16, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES PROOF (2010) AK-RC-134B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-300

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

## Title

**Title of Work:** CallaLilies

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** February 16, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



A.D. LINES EURO GROUP ,INC        2012        AKX-144A

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-222**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Chrysanthemum

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 13, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-335-307

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Hibiscus

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 13, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES PROOF - 2011 (AK-RC-269)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-445**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Blue Callas

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** July 22, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AKX-PL-114A2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-266

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:**  Flowers And Ferns 1

## Completion/Publication

**Year of Completion:**  2011
**Date of 1st Publication:**  November 29, 2018
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Albert Koetsier
  **Author Created:**  2-D artwork
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:**  AD-Lines Euro Group Inc.
**Email:**  licensingsales@ad-lines.com
**Telephone:**  (800)836-0994
**Address:**  200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:**  David Denholm

Page 1 of 2



AD LINES PROOF    AKX-RC-349A